UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OZY MEDIA, INC.,<br><br>        Plaintiff,<br><br>    -against-<br><br>BENJAMIN SMITH, SEMAFOR, INC., BUZZFEED, INC.,<br><br>        Defendant. | Case No. 1:23-cv-9412 (FB) (MMH)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, defendant Semafor, Inc. states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

San Francisco, California
Dated:  March 20, 2024

                                              Respectfully submitted,

                                              By:  */s/ Robert S. Shwarts*
                                                           Robert S. Shwarts

                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
                                              The Orrick Building
                                              405 Howard Street
                                              San Francisco, CA  94105-2669
                                              +1 415 773 5700
                                              +1 415 773 5759
                                              rshwarts@orrick.com

                                              Attorneys for Defendant
                                                  SEMAFOR, INC.