UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OZY MEDIA, INC.,<br><br>         *Plaintiff*,<br> v.<br><br>BENJAMIN SMITH,<br>SEMAFOR, INC., and<br>BUZZFEED, INC.<br><br>         *Defendants*. | Civil Action No.<br>1:23-cv-9412 (FB) (MHH)<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT<br><u>TO F.R.C.P. 41(a)(1)(A)(i)</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that this action is voluntarily dismissed. None of the Defendants have served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 23, 2024

| LAW OFFICE OF ALEXANDER SAKIN, LLC | MEIER WATKINS PHILLIPS PUSCH |
|---|---|
|   /S/ Alexander Sakin<br>By:_____<br> Alexander Sakin<br> 5 West 37th St., Suite 601<br> New York, NY 10018<br> (917) 509-7573<br> *Counsel for Plaintiff* |   /S/ Dustin Pusch<br>By:_____<br> Dustin Pusch<br> 919 18th St., NW, Suite 650<br> Washington, DC 20006<br> (617) 543-4459<br> *Counsel for Plaintiff* |