

**Dustin Pusch**
dustin.pusch@mwpp.com
(617) 543-4459

July 23, 2024

**Via ECF**
The Honorable Frederic Block
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *OZY Media, Inc. v. Benjamin Smith, et al.*, **No. 23-cv-9412 (FB) (MMH)**
    **Plaintiff's Notice of Voluntary Dismissal and Request for Adjournment of July 25, 2024 Status Hearing**

Dear Judge Block:

  Plaintiff Ozy Media, Inc. writes to inform the court that, concurrent with this letter, it is filing a Notice of Voluntary Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. In light of that dismissal notice, Plaintiff likewise respectfully requests an adjournment of the scheduled July 25, 2024 status hearing in the above captioned case.

  Thank you for your time and attention to this case and for your consideration of this request.

              Kind regards,

              Dustin Pusch

CC: Alexander Sakin, Co-Counsel for Plaintiff Ozy Media, Inc. (via ECF)
   Counsel of Record (via ECF)